IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 15-cv-00342-KMT | Date: | May 06, 2015 |
| Courtroom Deputy: | Laura Galera | FTR: | Courtroom C-201 |

*Parties:*                                                    *Counsel:*

JANICE VICK                                          David M. Larson

    Plaintiff,

v.

MERCHANTS' CREDIT GUIDE COMPANY,             Carlos A. Ortiz

    Defendant.

---

**COURTROOM MINUTES**

---

**TELEPHONIC SCHEDULING CONFERENCE**

**10:08 a.m.        Court in session.**

Court calls case. Appearances of counsel.

Discussion regarding conferral issues.

Counsel are instructed to file a motion if they wish to set a Settlement Conference.

**ORDERED:**   Counsel are ordered to file the Consent Form.

**ORDERED:**   Motion for Protective Order #[15] is DENIED WITHOUT PREJUDICE.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.**

Each side shall be limited to **five (5)** depositions.
Depositions shall not exceed **five (5)** hours, without prior agreement or absent leave of court.
Each side shall be limited to **twenty-five (25)** interrogatories, **twenty-five (25)** requests for production, and **twenty-five (25)** requests for admission.

Joinder of Parties/Amendment to Pleadings: **June 12, 2015.**
Discovery Cut-off: **October 30, 2015.**
Dispositive Motions Deadline: **December 4, 2015.**

Counsel do not anticipate the use of expert witnesses.

**ORDERED:   Telephonic Final Pretrial Conference is set for February 9, 2016 at 9:45 a.m.
in Courtroom C-201, Byron G. Rogers U.S. Courthouse, 1929 Stout Street,
Denver, CO, before Magistrate Judge Kathleen M. Tafoya. The parties shall
initiate a conference call and contact chambers at 303-335-2780 at the time of
the Final Pretrial Conference.  A Final Pretrial Order shall be prepared by
the parties and submitted to the court no later than seven days before the
Final Pretrial Conference.**

Trial Preparation Conference and trial dates will be set on a date to be determined.

Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the
judicial officer assigned to try this case on the merits.

**Scheduling Order entered.**

**10:47 a.m.       Court in recess.**

Hearing concluded.
Total in-court time:   00:39

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.