**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00342-RBJ-KMT

JANICE VICK,

    Plaintiff,

v.

MERCHANTS CREDIT GUIDE COMPANY, an Illinois corporation,

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THE COURT having reviewed the Stipulation of Dismissal with Prejudice [ECF No. 23] pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

BY THE COURT:

October 29, 2015

_____    _____
DATE    U.S. DISTRICT JUDGE